**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1718

MOHAMMAD AFZAL,

        Plaintiff - Appellant,

    v.

MALIK A. ASLAM,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:11-cv-00395-WMN)

Submitted:  February 23, 2012      Decided:  February 27, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander M. Chanthunya, Silver Spring, Maryland, for Appellant. James E. Garland, FERGUSON, SCHETELICH & BALLEW, P.A., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

      Mohammad Afzal appeals the district court's order dismissing his fraud claim against Malik A. Aslam. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Afzal v. Aslam</u>, No. 1:11-cv-00395-WMN (D. Md. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>